LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Plaintiff
SANKO STEAMSHIP, CO., LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SANKO STEAMSHIP, CO., LTD.,

                                Plaintiff,

      - against -                                       **ECF CASE**

                                                        07 Civ. 2401 (VM)

CHINA NATIONAL CHARTERING CORP.,
also known as SINOCHART,                         **RULE 7.1**
                              Defendant.           **DISCLOSURE STATEMENT**
-------------------------------------------------------------X

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Kirk M. Lyons, a member of the Bar of this Court and a partner in the firm of Lyons & Flood, LLP, attorneys for plaintiff SANKO STEAMSHIP, CO., LTD. certifies upon information and belief that said plaintiff is not a publicly held corporation in the United States and that there are no corporate parents, subsidiaries, or affiliates of Plaintiff which are otherwise publicly held in the United States.

       Dated: New York, New York
                March 23, 2007

                                                               LYONS & FLOOD, LLP
                                                               Attorneys for Plaintiff
                                                               SANKO STEAMSHIP, CO., LTD.

                                    By:   _____
                                                                Kirk M. Lyons (KL-1568)
                                                                65 West 36th Street, 7th Floor
                                                                New York, New York 10018
                                                               (212) 594-2400

U:\kmh\docs\2579004\Pleadings\Rule 7.1.doc