LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Plaintiff
SANKO STEAMSHIP, CO., LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SANKO STEAMSHIP, CO., LTD.

                    Plaintiff,

    - against -

CHINA NATIONAL CHARTERING CORP.,
also known as SINOCHART

                    Defendant.
-------------------------------------------------------------------X

**JUDGE MARRERO**

ECF CASE

**07 CV 2401**

ORDER APPOINTING
PERSON TO SERVE
PROCESS

    Upon motion of Plaintiff for an order appointing Gotham Process Services, 299 Broadway, New York, New York 10007, or its designate, or an employee of Lyons & Flood, LLP, to serve the Verified Complaint, Summons, Process of Maritime Attachment and Garnishment, and other process in this action, and it appearing that an employee or designate of Gotham Process Services or an employee of Lyons & Flood, LLP, is a qualified person over 18 years of age, is not a party to or an attorney in this action, and that the expediting of the service of process will result from such appointment,

    IT IS ORDERED that Gotham Process Services, 299 Broadway, New York, New York 10007, or its designate or an employee of Lyons & Flood, LLP, be and is hereby appointed to serve the Verified Complaint, Summons, Process of Maritime Attachment and Garnishment, and other process in this action.

- 2 -

Dated: New York, New York
       March 23, 2007

SO ORDERED: 23 March 2007

_____
U.S.D.J. Victor Marrero