UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SANKO STEAMSHIP CO. LTD.,

              Plaintiff,                      07 Civ. 2401 (VM)

    - against -                          ECF CASE

CHINA NATIONAL CHARTERING
CORP. also known as SINOCHART,

              Defendant.
------------------------------------------------------------X

### NOTICE OF MOTION TO VACATE, OR IN THE ALTERNATIVE, TO REDUCE MARITIME ATTACHMENT

Upon the annexed Declaration of Mr. Christopher Howse and accompanying Memorandum of Law, and pleadings heretofore had herein, Defendant will move this Court before the Honorable Victor Marrero, United States Courthouse, 500 Pearl Street, Courtroom 20B, New York, New York on the _____ day of May 2007 at _____ o'clock in the __.m., or as soon thereafter as the parties can be heard, for an order pursuant to Supplemental Rule B for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure vacating, or the alternative reducing, the Ex-Parte Order of Maritime Attachment dated March 23, 2007 and all Process of Maritime Attachment and Garnishment obtained and served by Plaintiff pursuant thereto.

PLASE TAKE FURTHER NOTICE that, as stipulated by the parties, Plaintiff's opposing papers, if any must be served so as to be received by Defendant's counsel no later than May 14, 2007, and that reply papers, if any, must be served so as to be received by Plaintiff's counsel by May 21, 2007.

Defendant,
CHINA NATIONAL CHARTERING
CORP. also known as SINOCHART,

By: _____
Patrick F. Lennon (PL 2162)
Nancy R. Peterson (NP 2871)
TISDALE & LENNON, LLC
11 West 42nd Street, Suite 900
New York, NY 10036
(212) 354-0025 – phone
(212) 869-0067 – fax
plennon@tisdale-lennon.com
npeterson@tisdale-lennon.com

## AFFIRMATION OF SERVICE

I hereby certify that on May 7, 2007, a copy of the foregoing Notice of Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

By: _____
Nancy R. Peterson (NP 2871)