# LYONS & FLOOD, LLP

ATTORNEYS AT LAW

65 WEST 36TH STREET, 7TH FLOOR
NEW YORK, NEW YORK 10018

TELEPHONE: (212) 594-2400
FAX: (212) 594-4589

KIRK M. LYONS
E-Mail klyons@lyons-flood.com

ADMITTED IN NEW YORK,
CONNECTICUT, NEW JERSEY,
& MASSACHUSETTS

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-14-07

May 14, 2007

**BY TELEFAX**            (212) 805-6382

Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 660
New York, New York 10007-1312

Re: Sanko Steamship Co., Ltd. v. China National Chartering Corp. and Sinochart
07 Civ. 2401 (VM)
Our file: 2579004

Dear Judge Marrero:

We are attorneys for plaintiff in this Rule B attachment action and write to request an extension of the time for plaintiff to respond to defendant's motion to vacate the maritime attachment and garnishment. Today is the last day to file opposing papers and we respectfully request that the time for filing be extended for one week, to May 21, 2007.

As we advised the Court during the May 7 telephone conference, English law is an issue in this matter and one that defendant relies upon in support of the motion to vacate. Plaintiff has retained English counsel to review the English law issues raised by defendant and prepare an affirmation in response. Plaintiff's English counsel has informed us that he requires additional time to review the Declaration of Chris Howse, English solicitor appointed by defendant, in support of the motion to vacate as well as the controlling precedents under English law upon which defendant relies.

We have contacted counsel for defendant with this request but have not yet received a response as to whether defendant consents to plaintiff's request for additional

---

NEW JERSEY OFFICE:
1495 MORRIS AVENUE
UNION, NJ 07083
TEL: (201) 589-4435   FAX: (201) 569-4438

CONNECTICUT OFFICE:
19 COVENTRY LANE
RIVERSIDE, CT 06878
TEL: (203) 661-2355   FAX: (203) 661-2577

time to file opposing papers. We further understand that the attorney handling the matter for defendant so far, Patrick Lennon, has resigned from Tisdale & Lennon, LLC to start up a new firm under the name, Lennon, Murphy & Lennon, LLC. Thus, it is not clear at this moment which firm will continue to handle the matter for defendant.

Further, the Court will note that the Declaration from Chris Howse, defendant's English solicitor, was executed on April 2, 2007, but the motion to vacate the attachment was not filed until May 7, 2007. Thus, we submit there would be no prejudice to defendant if you grant plaintiff's request for additional time.

We thank you for your attention to this matter.

Respectfully yours,

Lyons & Flood, LLP

By: Kirk M. Lyons

**BY TELEFAX**                                          (212) 869-0067

cc:   Tisdale & Lennon, LLC
      11 W. 42nd Street, Suite 900
      New York, NY 10036

**BY E-MAIL**                                           pfl@lenmur.com

      Lennon, Murphy & Lennon, LLC
      Tide Mill Landing
      2425 Post Road
      Southport, CT 06890

      Attn: Patrick F. Lennon, Esq.

U:\kmh\docs\2579004\Correspondence\murrero 01 ltr.doc

---

Request GRANTED. The time for plaintiff to respond to defendant's motion to vacate the attachment herein is extended to 5-21-07.

SO ORDERED:

5-14-07
DATE        VICTOR MARRERO, U.S.D.J.