# LYONS & FLOOD, LLP
### ATTORNEYS AT LAW

65 WEST 36TH STREET, 7TH FLOOR
NEW YORK, NEW YORK 10018

TELEPHONE: (212) 594-2400
FAX: (212) 594-4589

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-21-07
```

KIRK M. LYONS
E-Mail: klyons@lyons-flood.com

ADMITTED IN NEW YORK,
CONNECTICUT, NEW JERSEY,
& MASSACHUSETTS

May 21, 2007

**BY TELEFAX**                    (212) 805-6382

Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 660
New York, New York 10007-1312

Re:  Sanko Steamship Co., Ltd. v. China National Chartering Corp. and Sinochart
     07 Civ. 2401 (VM)
     Our file: 2579004

Dear Judge Marrero:

    We are attorneys for plaintiff in this Rule B attachment action and write to request a further brief extension of the time for plaintiff to file its opposing papers to defendant's motion to vacate the maritime attachment and garnishment. Today is the last day to file opposing papers and we respectfully request that the time for filing the opposing papers be extended for two more days to May 23, 2007.

    The reason for the brief additional time extension is the press other business last week, necessitating the undersigned's full attention to a shipboard problem aboard a vessel discharging cargo in Brooklyn. That problem has resolved itself and we are able to now focus on the further preparation and finalization of the opposing papers.

    We have contacted counsel for defendant who has agreed to this brief further extension.

    We thank you for your attention to this matter.

NEW JERSEY OFFICE
1495 MORRIS AVENUE
UNION, NJ 07083
TEL: (201) 569-4435  FAX: (201) 569-4438

CONNECTICUT OFFICE
19 COVENTRY LANE
RIVERSIDE, CT 06878
TEL: (203) 661-2355  FAX: (203) 661-2577

Respectfully yours,

Lyons & Flood, LLP

*[signature: Kirk M. Lyons]*

By: Kirk M. Lyons

Cc: <u>BY E-MAIL</u>                                    pfl@lenmur.com

Lennon, Murphy & Lennon, LLC
Tide Mill Landing
2425 Post Road
Southport, CT 06890

Attn: Patrick F. Lennon, Esq.

U:\kmh\docs\2579004\Correspondence\marrero 01 ltr.doc

---

Request GRANTED. The time for plaintiff to respond to the motion to dismiss herein is extended to 5-23-07

**SO ORDERED:**

5-21-07

DATE        VICTOR MARRERO, U.S.D.J.

---

- 2 -