# LYONS & FLOOD, LLP

ATTORNEYS AT LAW

65 WEST 36TH STREET, 7TH FLOOR
NEW YORK, NEW YORK 10018

TELEPHONE: (212) 594-2400
FAX: (212) 594-4589

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-24-07
```

KIRK M. LYONS
E-Mail: klyons@lyons-flood.com

ADMITTED IN NEW YORK,
CONNECTICUT, NEW JERSEY,
& MASSACHUSETTS

May 23, 2007

**BY TELEFAX**　　　　　　　　　　(212) 805-6382

Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 660
New York, New York 10007-1312

Re:　Sanko Steamship Co., Ltd. v. China National Chartering Corp. and Sinochart
　　　<u>07 Civ. 2401 (VM)</u>
　　　Our file: 2579004

Dear Judge Marrero:

　　We are attorneys for plaintiff in this Rule B attachment action and write to request relief from the twenty-five page limited on the memorandum of law in opposition to defendant's motion to vacate or reduce the maritime attachment.

　　Due to the issue of English law and number of other issues raised in defendant's motion to vacate, plaintiff will have a difficult time meeting the twenty-five page limit. Plaintiff expects its memorandum of law will be approximately twenty-six or twenty-seven pages in length, or only slightly over the twenty-five page limit.

　　In light of the fact that today is the deadline for filing plaintiff's opposing papers, we look forward to hearing from the Court.

　　We thank you for your attention to this matter.

> Request GRANTED. Plaintiff is authorized to file a memorandum in response to the motion to vacate of not more than 27 pages.
>
> SO ORDERED:
> 5-24-07
> DATE　　VICTOR MARRERO, U.S.D.J.

NEW JERSEY OFFICE:
1495 MORRIS AVENUE
UNION, NJ 07083
TEL: (201) 569-4435　FAX: (201) 569-4436

CONNECTICUT OFFICE:
19 COVENTRY LANE
RIVERSIDE, CT 06878
TEL: (203) 661-2355　FAX: (203) 661-2577

Respectfully yours,

**Lyons & Flood, LLP**

*[signature]*

By: Kirk M. Lyons

Cc: **BY E-MAIL**  pfl@lenmur.com

Lennon, Murphy & Lennon, LLC
Tide Mill Landing
2425 Post Road
Southport, CT 06890

Attn: Patrick F. Lennon, Esq.

U:\kmh\docs\2579004\Correspondence\marrero 03 ltr.doc

- 2 -