UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Sanko Steamship Co. Ltd.
  Plaintiff,

                                                     07 Civ. 2401 (VM)

        -against-

China National Chartering Corp.
  Defendant.
------------------------------------------------------------x

**NOTICE OF CHANGE OF ADDRESS**

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: _____Nancy R. Peterson_____


**X** Attorney

    **X** I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
    ___NP 2871___
    ☐ I am a Pro Hac Vice attorney
    ☐ I am a Government Agency attorney

☐ Law Firm/Government Agency Association

    From: _____Tisdale & Lennon, LLC_____

    To: _____Lennon, Murphy & Lennon, LLC_____

**X** I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Address: The Gray Bar Building, 420 Lexington Ave., Suite 300, New York, NY 10170
Telephone Number: ____(212) 490-6050_____
Fax Number: _____(212) 490-6070_____
E-Mail Address: _____nrp@lenmur.com_____
Dated: _____5/29/2007_____    _____/s/_____