# LENNON, MURPHY & LENNON, LLC – *Attorneys at Law*

| | | |
|---|---|---|
| The GrayBar Building | Patrick F. Lennon - *pfl@lenmur.com* | Tide Mill Landing |
| 420 Lexington Ave., Suite 300 | Charles E. Murphy – *cem@lenmur.com* | 2425 Post Road |
| New York, NY 10170 | Kevin J. Lennon - *kjl@lenmur.com* | Southport, CT 06890 |
| *phone* (212) 490-6050 | Nancy R. Peterson – *nrp@lenmur.com* | *phone* (203) 256-8600 |
| *fax* (212) 490-6070 | | *fax* (203) 256-8615 |

May 29, 2007

*Via Facsimile (212) 805-6382*
Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 660
New York, NY 10007-1312

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-29-07
```

Re: **Sanko Steamship Co. Ltd. v. China National Chartering Corp.**
07 Civ. 2401 (VM)
Our file: 1002

Dear Judge Marrero:

We represent the Defendant, China National Chartering Corp., in the above captioned matter. Please find attached hereto a courtesy copy of the Notice of Change of Address filed with the Court today, May 29, 2007.

We write to request that the deadline to respond to Plaintiff's Memorandum in Opposition to our Motion be extended until Friday, June 8, 2007. We have contacted counsel for Plaintiff with this request and he has consented to the suggested change.

Plaintiff's submission contains an affirmation setting forth its position on English law. We would appreciate the additional time to consult with our counter-parts in England regarding Plaintiff's submission. Plaintiff has also received extensions in this matter, and thus we submit that there would be no prejudice to the Plaintiff if you grant Defendant's request.

We thank you for your attention to this matter.

Respectfully Submitted,

Nancy R. Peterson

*Via Facsimile (212) 594-4589*
Kirk M. Lyons

```
Request GRANTED. The briefing schedule with regard to the
motion to vacate the attachment herein
is extended as set forth herein: motion papers submitted by
_____; response 6-8-07;
reply _____.
SO ORDERED.
5-29-07
DATE          VICTOR MARRERO, U.S.D.J.
```