# LENNON, MURPHY & LENNON, LLC – *Attorneys at Law*

| | | |
|---|---|---|
| The GrayBar Building | Patrick F. Lennon - *pfl@lenmur.com* | Tide Mill Landing |
| 420 Lexington Ave., Suite 300 | Charles E. Murphy - *cem@lenmur.com* | 2425 Post Road |
| New York, NY 10170 | Kevin J. Lennon - *kjl@lenmur.com* | Southport, CT 06890 |
| *phone* (212) 490-6050 | Nancy R. Peterson - *nrp@lenmur.com* | *phone* (203) 256-8600 |
| *fax* (212) 490-6070 | | *fax* (203) 256-8615 |

June 6, 2007

*Via Facsimile (212) 805-6382*
Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 660
New York, NY 10007-1312

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-7-07
```

Re:   **Sanko Steamship Co. Ltd. v. China National Chartering Corp.**
      07 Civ. 2401 (VM)
      Our file: 1002

Dear Judge Marrero:

We represent the Defendant, China National Chartering Corp., in the above captioned matter. We write to request that the deadline to respond to Plaintiff's Memorandum in Opposition to our Motion be extended until Friday, June 15, 2007. This would extend Defendant's time to respond by one week. We have contacted counsel for Plaintiff with this request and he has consented to the suggested change. In light of the foregoing, we submit that there would be no prejudice to the Plaintiff if you grant our request.

We thank you for your attention to this matter.

Respectfully Submitted,

Nancy R. Peterson

*Via Facsimile (212) 594-4589*
Kirk M. Lyons

```
Request GRANTED. The time for defendant(s) to
respond _____ with respect to the motion
in this action is extended to 6-15-07.

SO ORDERED.

6-7-07                    _____
DATE                      VICTOR MARRERO, U.S.D.J.
```