# LENNON, MURPHY & LENNON, LLC – *Attorneys at Law*

The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
*phone* (212) 490-6050
*fax* (212) 490-6070

Patrick F. Lennon - *pfl@lenmur.com*
Charles E. Murphy - *cem@lenmur.com*
Kevin J. Lennon - *kjl@lenmur.com*
Nancy R. Peterson - *nrp@lenmur.com*

Tide Mill Landing
2425 Post Road
Southport, CT 06890
*phone* (203) 256-8600
*fax* (203) 256-8615

June 14, 2007

**Via Facsimile: (212) 805-6382**
Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 660
New York, NY 10007-1312

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-15-07
```

Re:  **Sanko Steamship Co. Ltd. v. China National Chartering Corp.**
     07 Civ. 2401 (VM)
     LML file: 1002

Dear Judge Marrero:

    We represent the Defendant, China National Chartering Corp., in the above captioned matter. We write to request that the deadline to respond to Plaintiff's Memorandum in Opposition to our client's Motion to Vacate and/or Reduce Maritime Attachment be extended until Wednesday, June 27, 2007 due to the unavailability of foreign counsel representing our client from whom we need to receive further input and a declaration in response to the opposition papers filed by the Plaintiff. Plaintiff's counsel has confirmed his consent to the requested extension of time.

    We thank you for your attention to this matter.

Respectfully Submitted,

*[signature]*

Patrick F. Lennon

**Via Facsimile (212) 594-4589**
Kirk M. Lyons, Esq.
Lyons & Flood

---

*Request GRANTED. The time for defendant to respond to the opposition to the motion to vacate the attachment herein is extended to 6-27-07.*

**SO ORDERED:**
6-15-07
DATE — VICTOR MARRERO, U.S.D.J.