# LENNON, MURPHY & LENNON, LLC – *Attorneys at Law*

| | | |
|---|---|---|
| The GrayBar Building | Patrick F. Lennon - *pfl@lenmur.com* | Tide Mill Landing |
| 420 Lexington Ave., Suite 300 | Charles E. Murphy - *cem@lenmur.com* | 2425 Post Road |
| New York, NY 10170 | Kevin J. Lennon - *kjl@lenmur.com* | Southport, CT 06890 |
| *phone* (212) 490-6050 | Nancy R. Peterson - *nrp@lenmur.com* | *phone* (203) 256-8600 |
| *fax* (212) 490-6070 | | *fax* (203) 256-8615 |

June 26, 2007

*Via Facsimile: (212) 805-6382*
Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 660
New York, NY 10007-1312

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-27-07
```

Re:  **Sanko Steamship Co. Ltd. v. China National Chartering Corp.**
     07 Civ. 2401 (VM)
     LML file: 1002

Dear Judge Marrero:

We represent the Defendant, China National Chartering Corp., in the above captioned matter. We write to request that the deadline to respond to Plaintiff's Memorandum in Opposition to our client's Motion to Vacate and/or Reduce Maritime Attachment be extended until Friday, July 6, 2007 due to the unavailability of foreign counsel representing our client from whom we need to receive further input and a declaration in response to the opposition papers filed by the Plaintiff. Plaintiff's counsel has confirmed his consent to the requested extension of time.

We thank you for your attention to this matter.

Respectfully Submitted,

Nancy R. Peterson

*Via Facsimile (212) 594-4589*
Kirk M. Lyons, Esq.
Lyons & Flood

---

Request GRANTED. The time for defendant herein to respond to plaintiff's opposition to the motion to vacate the maritime attachment in this action is extended to 7-6-07

**SO ORDERED:**

6-27-07
DATE           VICTOR MARRERO, U.S.D.J.