# LENNON, MURPHY & LENNON, LLC - *Attorneys at Law*

| | | |
|---|---|---|
| The GrayBar Building | Patrick F. Lennon - *pfl@lenmur.com* | Tide Mill Landing |
| 420 Lexington Ave., Suite 300 | Charles E. Murphy - *cem@lenmur.com* | 2425 Post Road |
| New York, NY 10170 | Kevin J. Lennon - *kjl@lenmur.com* | Southport, CT 06890 |
| *phone* (212) 490-6050 | Nancy R. Peterson - *nrp@lenmur.com* | *phone* (203) 256-8600 |
| *fax* (212) 490-6070 | | *fax* (203) 256-8615 |

July 5, 2007

*Via Facsimile: (212) 805-6382*
Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 660
New York, NY 10007-1312

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-6-07
```

Re:   **Sanko Steamship Co. Ltd. v. China National Chartering Corp.**
       07 Civ. 2401 (VM)
       LML file: 1002

Dear Judge Marrero:

    We represent the Defendant, China National Chartering Corp., in the above captioned matter. We write to request relief from the Court's page limit on reply memoranda. Particularly, due to the nature of the arguments presented in Plaintiff's opposition and the various declarations thereto, we request that we be allowed an additional five pages (a total of 15) for our reply memorandum of law. The Plaintiff has submitted a myriad of arguments in opposition to Defendant's motion which all require rebuttal. Thus, we believe that these additional pages would allow us the amount of space necessary to present a complete response.

    We thank the Court for its consideration of the above request.

                                            Respectfully Submitted,

                                            [signature]
                                            Patrick F. Lennon

*Via Facsimile (212) 594-4589*
Kirk M. Lyons, Esq.
Lyons & Flood

> Request GRANTED. Defendant may file a reply to plaintiff's opposition to its motion to vacate the attachment herein not to exceed 15 pages. The Court notes that plaintiff's opposition exceeded the page limitation without prior approval.
>
> SO ORDERED:
> 7-6-07
> DATE          VICTOR MARRERO, U.S.D.J.