# LYONS & FLOOD, LLP

ATTORNEYS AT LAW

65 WEST 36ᵗᴴ STREET, 7ᵗᴴ FLOOR
NEW YORK, NEW YORK 10018

TELEPHONE: (212) 594-2400
FAX: (212) 594-4589

KIRK M. LYONS
E-Mail: klyons@lyons-flood.com

ADMITTED IN NEW YORK,
CONNECTICUT, NEW JERSEY,
& MASSACHUSETTS

July 10, 2007

```
┌─────────────────────────────┐
│ USDS SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____              │
│ DATE FILED: 7-12-07         │
└─────────────────────────────┘
```

**BY TELEFAX**                    **(212) 805-6382**

Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 660
New York, New York 10007-1312

Re:    Sanko Steamship Co., Ltd. v. China National Chartering Corp. and Sinochart
       07 Civ. 2401 (VM)
       Our file: 2579004

Dear Judge Marrero:

        We are attorneys for plaintiff in this Rule B attachment action and write to address the points raised in defendant's attorney's letter of July 10.

        First, the lawsuits in Florida and Alabama are not "tangentially related" to this proceeding. In point of fact, those lawsuits are for the cargo damage that forms the underlying basis of plaintiff's claims against defendant. Moreover, the parties in the Florida and Alabama lawsuits will be participating in the New York mediation.

        Secondly, Sinochart's professed need for a "prompt hearing" is belied by the fact that the motion to vacate was originally filed on May 7, 2007, plaintiff's opposition was filed on May 23, 2007, and defendant's reply papers were filed on July 6, 2007. Defendant had over six (6) weeks to file reply papers. This hardly establishes that defendant "needs" a prompt hearing. On the contrary, it shows that a brief stay of the action until July 25 would not prejudice defendant.

        Thirdly, defendant's argument against a sur-reply from plaintiff actually supports plaintiff's request. Sinochart has submitted a total of 37 pages of memoranda of law in

NEW JERSEY OFFICE:                           CONNECTICUT OFFICE:
1495 MORRIS AVENUE                           19 COVENTRY LANE
UNION, NJ 07083                              RIVERSIDE, CT 06878
TEL. (201) 569-4435   FAX: (201) 569-4438    TEL: (203) 661-2355   FAX: (203) 661-2577

support of the motion to vacate.  Plaintiff has submitted 27 pages of memorandum of law in opposition.  As the Court will note, the extent and depth of the arguments raised by the parties justifies, we submit, a further opportunity for plaintiff to address the points raised in defendant's reply papers.  Plaintiff is not looking to re-argue earlier points, but simply to level the playing field by addressing the points raised in defendant's reply papers.  A brief five-page sur-reply is hardly a "never-ending cycle of sur-reply briefs."

We thank you for your attention to this matter.

Respectfully yours,

**Lyons & Flood, LLP**

By:  Kirk M. Lyons

Cc:    **BY E-MAIL**                                      **pfl@lenmur.com**

Lennon, Murphy & Lennon, LLC
Tide Mill Landing
2425 Post Road
Southport, CT 06890

Attn: Patrick F. Lennon, Esq.

U:\kmhldocs\2579004\Correspondence\marrero 06 ltr.doc

Request GRANTED in part.  The Court will stay further proceedings and consideration of the pending motion to vacate the attachment herein until after the results of the mediation scheduled for 7-25-07 are communicated to the Court.  The Court finds no basis for a claim of prejudice in such a limited stay.  The request for a sur-reply is denied.

**SO ORDERED:**

7-11-07
DATE            VICTOR MARRERO, U.S.D.J.

- 2 -