```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
SANKO STEAMSHIP CO., LTD.,          :
                                    :   07 Civ. 2401 (VM)
                Plaintiff,          :
                                    :
    - against -                     :   ORDER
                                    :
CHINA NATIONAL CHARTERING CORP.,    :
                                    :
                Defendant.          :
------------------------------------X
```
**VICTOR MARRERO, United States District Judge.**

By Order dated January 11, 2007, the Court granted the request of plaintiff to stay further proceedings in this action pending the results of mediation scheduled to be held on July 25, 2007, of which the Court was to be informed. A review of the Docket Sheet indicates that no response or further correspondence with the Court has been filed with regard to the mediation. Accordingly, it is hereby

**ORDERED** that plaintiff herein clarify the status of this action, in particular with regard to the results of the mediation and any effect on the motion to vacate the attachment, and on the amended complaint filed on September 14, 2007. In the event no timely response is made to this Order by January 15, 2007, the Court may direct that the action be dismissed and the case closed.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-10-08

SO ORDERED.

Dated:   New York, New York
         9 January 2008

                                    _____
                                         VICTOR MARRERO
                                            U.S.D.J.