```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
SANKO STEAMSHIP CO., LTD.,          :
                                    :   07 Civ. 2401 (VM)
                    Plaintiff,      :
                                    :        AMENDED
     - against -                    :   DECISION AND ORDER
                                    :
CHINA NATIONAL CHARTERING CORP.,    :
                                    :
                    Defendant.      :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

By Decision and Order dated February 22, 2008, (the "Decision") the Court granted in part and denied in part the motion of defendant China National Chartering Corp., also known as Sinochart ("Sinochart") to vacate the attachment of funds by plaintiff Sanko Steamship Co., Ltd. ("Sanko"), or in the alternative, to reduce its amount. The Court denied the motion to vacate the order of attachment, and granted the motion to reduce the amount of the attachment. As part of the Order, the Court notified the parties that the exact amount of the attachment would be determined pending submissions regarding the calculation of interest on the reduced security amount of $1,500,000.

Having been notified by letter dated February 29, 2008 that the parties had agreed upon an interest calculation in the amount of $321,962.34, the Court now amends the Order to incorporate this amount. Accordingly, the Court finds that the total amount of the attachment is $2,271,962.34.

## III. ORDER

**ORDERED** that the Court's Decision and Order dated February 22, 2008 is amended to incorporate the interest amount and the amount of the total attachment set forth above as part of this Order.

**SO ORDERED.**

Dated:   New York, New York
         29 February 2008

_____
VICTOR MARRERO
U.S.D.J.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-3-08
```