```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
SANKO STEAMSHIP CO., LTD.,              :
                                        :
                         Plaintiff,     :     07 Civ. 2401 (VM)
                                        :
     - against -                        :
                                        :
CHINA NATIONAL CHARTERING CORP.,        :
                                        :
                         Defendant.     :
---------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

In reviewing the Docket Sheet for this matter, the Court noted that there has been no recorded action or correspondence known to the Court regarding the status of the matter since March 3, 2008. At that time the Court endorsed an Order establishing the total amount of the attachment with interest permissible in this action. Accordingly, it is hereby

**ORDERED** that plaintiff is directed to inform the Court by July 28, 2008 of the status of the matter and whether any further litigation in this Court or any other forum with respect to the action is contemplated. In the event the Court receives no response to this Order by the date indicated the case may be dismissed for lack of prosecution.

**SO ORDERED.**

Dated:    NEW YORK, NEW YORK
          23 July 2008

                                        _____
                                              Victor Marrero
                                                 U.S.D.J.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-23-08
```